**Order entered May 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00509-CV

**WAL-MART ASSOCIATES, INC., ET AL., Appellants**

**V.**

**PEDRO GARCIA, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00329**

## ORDER

Before the Court is appellants' May 16, 2019 first motion to extend time to file their brief on the merits. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than July 1, 2019.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE